MRS. SMITH'S SALES SUPPORT GROUP, LLC, and Mrs. Smith's Bakery of Stilwell, LLC, Plaintiffs–Appellants,

v.

GARDNER PIE COMPANY, Defendant–Appellee.

No. 02–1557.

United States Court of Appeals, Federal Circuit.

DECIDED: May 20, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).